IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SEDRICK DEWAYNE BOHANNON**                                          **PLAINTIFF**

v.                                                            **CAUSE NO. 1:16CV313-LG-RHW**

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, et al.**                                                **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE